DAVID J. MICLEAN (SBN 115098)
dmiclean@micleangleason.com
LIMIN ZHENG (SBN 226875)
lzheng@micleangleason.com
MICLEAN GLEASON LLP
411 Borel Avenue, Suite 310
San Mateo, CA 94402
Telephone: (650) 684-1181
Facsimile: (650) 684-1182

Attorneys for Plaintiff
ASUSTEK COMPUTER, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASUSTEK COMPUTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICRO-STAR INTERNATIONAL CO., LTD. and MSI COMPUTER CORP., <br><br> Defendants. | Case No. 4:19-cv-02140-YGR <br><br> **ORDER APPROVING PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE** |

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff ASUSTek Computer Inc. dismisses with prejudice the above-captioned action against Defendants Micro-Star International Co., Ltd. and MSI Computer Corp. in its entirety pursuant to a confidential settlement agreement.

Dated: January 30, 2020

Respectfully Submitted,
MICLEAN GLEASON LLP

By: /s/ *David J. Miclean*
David J. Miclean
Limin Zheng
Attorneys for Plaintiff
ASUSTEK COMPUTER, INC.

**Dated: February 3, 2020**



IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers

1

NOTICE OF DISMISSAL WITH PREJUDICE         Case No. 4:19-cv-02140-YGR